IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| BYRON ORRICK OUTLAW, <br> TDCJ No. 01500002, <br><br> Petitioner, <br><br> v. <br><br> BOBBY LUMPKIN, Director, <br> Texas Dep't of Criminal Justice, <br> Correctional Institutions Division, <br><br> Respondent. | § § § § § § § § § § § § § | Civil Action No. 7:20-cv-106-O-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

This is a habeas action brought pursuant to 28 U.S.C. § 2254 in which Petitioner challenges his December 2006 conviction in the 78th Judicial District Court of Wichita County, Texas, for the offense of murder, Cause No. 44,442-B. *See* ECF No. 11-3 at 68-70. The United States Magistrate Judge entered his Findings, Conclusions, and Recommendation in which he recommends that the Court deny Petitioner's Motion for Leave to Amend and Supplement (ECF No. 16) and that the petition be dismissed as time barred. *See* ECF No. 22. Petitioner has filed objections. *See* ECF No. 24.

The District Court reviewed de novo those portions of the Findings, Conclusions, and Recommendation to which objections were made and reviewed the remaining Findings, Conclusions, and Recommendation for plain error. Finding no error, I am of the opinion that the findings of fact, conclusions of law, and reasons for dismissal set forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, Petitioner's Motion for Leave to Amend and Supplement (ECF No. 16) is **DENIED** and the petition for writ of habeas corpus is **DISMISSED** with prejudice as barred by the statute of limitations.

**SO ORDERED** this **6th day** of **December, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE